WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| United States of America, | No. 16-9348MJ |
|---|---|
| Plaintiff, | |
| v. | **DETENTION ORDER** |
| Duriel Watahomigie, | |
| Defendant. | |

The defendant appeared in court with counsel. The defendant's probable cause hearing was waived and the detention hearing was submitted on the record including a proffer by defense counsel. The Court finds probable cause to believe the defendant violated the terms of his supervised release as alleged in the petition. The Court further finds, pursuant to Rule 32.1(a)(6), that defendant has shown by clear and convincing evidence that he is not a flight risk or a danger if and only if he qualifies for, is accepted to, and abides by the program requirements of Crossroads in Phoenix, Arizona or other facility as designated by Pretrial Services in his new criminal case.

**IT IS HEREBY ORDERED** the defendant shall be bound over for further proceedings on the petition to revoke his supervised release.

**IT IS FURTHER ORDERED** the defendant is detained as flight risk and danger pending further revocation proceedings unless he qualifies for placement, and in that event, defendant shall be released to placement upon conditions set by this Court.

1   **IT IS FURTHER ORDERED** that should defendant not so qualify for placement, the release conditions set by this Court shall be vacated and defendant shall be detained pending revocation proceedings.

Dated this 18th day of January, 2017.

David K. Duncan
United States Magistrate Judge